UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC EUGENE SMITH,

    Plaintiff,

    v.

TIMOTHY FRIEDERICHS, et al.,

    Defendants.

Case No.  16-cv-06203-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 14, 2017 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE RYU FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | April 28, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | March 3, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | August 1, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: July 3, 2017<br>Rebuttal: July 17, 2017 |
| EXPERT DISCOVERY CUTOFF: | August 1, 2017 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 26, 2017 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, December 8, 2017 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 15, 2017 |
| PRETRIAL CONFERENCE: | Friday, January 12, 2018 **at 8:30 a.m.** |
| TRIAL DATE AND LENGTH: | Monday, February 5, 2018 at 8:30 a.m. for 5 days(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on **Friday, December 8, 2017 at 9:01 a.m**. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 3, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge