# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC EUGENE SMITH,**<br>Plaintiff,<br>vs.<br>**TIMOTHY FRIEDERICHS, ET AL.,**<br>Defendants. | CASE NO. 16-cv-06203-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 52 |

On September 19, 2017, defendants in the above-captioned case filed their motion for summary judgment. (Dkt. No. 52.) Plaintiff's deadline to file a response was October 3, 2017, and the matter was set for hearing on October 24, 2017. As of the present date, plaintiff has yet to file a response.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** explaining why defendants' motion should not be granted. No later than **October 20, 2017**, plaintiff must file his response to defendants' motion for summary judgment or a statement explaining his failure to do so. If plaintiff files his response by October 20, 2017, defendants' reply shall be due seven days thereafter.

The Court further **VACATES** the hearing currently set for October 24, 2017. After briefing is complete, the Court may reset a hearing date, if necessary.

**IT IS SO ORDERED.**

Dated: October 12, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**