| | |
|---|---|
| 1  XAVIER BECERRA<br>Attorney General of California<br>2  JOHN P. DEVINE<br>Supervising Deputy Attorney General<br>3  ROSAILDA PEREZ<br>Deputy Attorney General<br>4  State Bar No. 284646<br>455 Golden Gate Avenue, Suite 11000<br>5  San Francisco, CA 94102-7004<br>Telephone: (415) 703-1618<br>6  Fax: (415) 703-5480<br>E-mail: Rosailda.Perez@doj.ca.gov<br>7  *Attorneys for Defendants* | JAMES D. HORNBUCKLE<br>Cornerstone Law Corporation<br>State Bar No. 230407<br>18000 Studebaker Rd., Suite 700<br>Cerritos, CA 90703<br>Telephone: (888)-990-1211<br>Fax: (888) 990-1213<br>E-mail: jdh@cornerstonelawcorp.com<br>*Attorney for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC EUGENE SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMOTHY FRIEDERICHS, et al.,**<br><br>Defendants. | 16CV06203-YGR<br><br>**JUDGMENT** |

Pursuant to the Court's Order filed on January 4, 2018, granting the Motion for Summary Judgment filed by defendants Timothy Friederichs, M.D., the California State Department of Rehabilitation Correctional Training Facility, and the California Department of Corrections and Rehabilitations (collectively, "Defendants"), the Court enters judgment for Defendants and against Plaintiff Eric Eugene Smith.

IT IS SO ORDERED.

Dated:  January 10, 2018

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

Approved as to form:

*/s/ James D. Hornbuckle*[1]
JAMES D. HORNBUCKLE
*Attorney for Plaintiff*

---

[1] I, Rosailda Perez, attest that I the concurrence of James D. Hornbuckle in the filing of this judgment and that I will keep confirm records.  */s/ Rosailda Perez*